■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL L. WILLIAMS, Appellant. [31 NYS3d 911]—Appeal from a judgment of the Supreme Court, Monroe County (Joanne M. Winslow, J.), rendered July 31, 2012. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree (two counts) and burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Peradotto, J.P., Carni, Lindley, Curran and Troutman, JJ.